UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEWS AMERICA MARKETING FSI, LLC,

    Plaintiff,

v().  Case No: 8:16-mc-129-T-17JSS

FOUR CORNERS DIRECT, INC.,

    Defendant.
_____/

## ORDER ON MOTION TO COMPEL

THIS MATTER is before the Court on Plaintiff's Motion to Compel Deposition Duces Tecum in Aid of Execution. (Dkt. 33.) Plaintiff, News America Marketing FSI, LLC, moves to compel Defendant, Four Corners Direct, Inc., to appear for deposition duces tecum after Defendant failed to appear and failed to produce documents at previously scheduled depositions. Plaintiff, as the judgment creditor, seeks discovery in aid of execution of a judgment entered in its favor against Defendant, the judgment debtor. (Dkt. 1.) As previously stated in a prior order entered in this case, "the general rule in Florida is that personal financial information is ordinarily discoverable . . . in aid of execution after judgment has been entered." *Friedman v. Heart Inst. of Port St. Lucie, Inc.*, 863 So. 2d 189, 194 (Fla. 2003). (Dkt. 25.) Defendant has failed to respond to Plaintiff's Motion to Compel and the time within which to do so has now expired. Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion to Compel Deposition Duces Tecum in Aid of Execution (Dkt. 33) is **GRANTED** to the extent set forth below.

2. Defendant shall provide all documents responsive to the Notice of Taking Deposition within thirty (30) days of this Order.

3. Defendant shall provide dates for which Defendant is available to appear at a deposition. These dates shall fall within thirty (30) days from the entry of this Order.

**DONE** and **ORDERED** in Tampa, Florida, on October 6, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record